UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

MARIA RODRIGUEZ,

    Plaintiff,

v.

MIDLAND FUNDING, LLC, and
BLITT & GAINES, P.C.,

    Defendants.                    No. 14-cv-972-DRH-DGW

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Plaintiff's Motion to Dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on December 15, 2014 (Doc. 52), granting plaintiff's Motion to Dismiss, this case is **DISMISSED** with prejudice as to all parties.

                            JUSTINE FLANAGAN,
                            ACTING CLERK OF COURT

                            BY:    /s/*Cheryl A. Ritter*
                                      Deputy Clerk

Dated:   December 15, 2014

Digitally signed by
David R. Herndon
Date: 2014.12.15
16:17:03 -06'00'

**APPROVED:**
        **U. S. DISTRICT JUDGE**